UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4541
(2:21-cr-00142-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DAVID KEITH NUTTER

    Defendant - Appellant

------------------------------

FOURTH CIRCUIT FEDERAL PUBLIC DEFENDERS

    Amicus Supporting Appellant

_____

O R D E R

_____

The parties are directed to file simultaneous supplemental briefs of no more than 12 pages each addressing the impact, if any, of the Supreme Court's decision in *United States v. Rahimi*, S. Ct. No. 22-915, 2024 WL 3074738, *1 (June 21, 2024) and any other relevant authorities they wish to address, particularly this Court's recent en banc decisions in *Bianchi v. Brown*, No. 21-1255, and *United States v.*

*Price*, No 22-4609.

The parties shall file their briefs no later than the close of business on August 28, 2024.

                                        For the Court

                                        <u>/s/ Nwamaka Anowi, Clerk</u>